AMLIN ET AL., DOING BUSINESS AS AMLIN CARTAGE, ET AL. *v.* VERBEEM, DOING BUSINESS AS PETERS CARTAGE, ET AL.

No. 881. Decided May 26, 1958.

*George H. Cholack* for appellants.

*Wilhelmina Boersma* and *Wilber M. Brucker, Jr.* for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.